**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.** **1:26CR 022** |
| **Plaintiff,** | : | **JUDGE** **J. COLE** |
| v. | : | **INDICTMENT** |
| | : | **18 U.S.C. § 922(g)(1)** |
| **NATHANIEL MACK,** | : | |
| | : | **FORFEITURE ALLEGATION** |
| **Defendant.** | : | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Felon in Possession of a Firearm)

On or about November 7, 2025, in the Southern District of Ohio, the defendant, **NATHANIEL MACK**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Sig Sauer P365 9mm pistol (S/N: 66B955866), and the firearm was in and affecting interstate commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1).**

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in the Indictment, the defendant, **NATHANIEL MACK**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation including, but not limited to, a Sig Sauer P365 9mm pistol (S/N: 66B955866), with any attachments and ammunition.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

/s/

**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**RYAN A. KEEFE**
**ASSISTANT UNITED STATES ATTORNEY**

2